PETER R. DION-KINDEM (State Bar No. 95267)
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P.C.
peter@dion-kindemlaw.com
21550 Oxnard Street, Suite 900
Woodland Hills, CA 91367
Telephone:  (818) 883-4900
Facsimile:  (818) 883-4902

Attorney for Plaintiff Dave Meza

KILPATRICK TOWNSEND & STOCKTON LLP
HOLLY GAUDREAU (State Bar No. 209114)
hgaudreau@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300

KILPATRICK TOWNSEND & STOCKTON LLP
CINDY D. HANSON (GA Bar No. 323920) (Admitted *Pro Hac Vice)*
ROSS D. ANDRE (GA Bar No. 280210) (Admitted *Pro Hac Vice*)
chanson@kilpatricktownsend.com
randre@kilpatricktownsend.com
1100 Peachtree St., NE, Suite 2800
Atlanta, CA 30309
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555

Attorneys for AT&T INC., AT&T CORP., and
PACIFIC BELL TELEPHONE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DAVE MEZA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T, INC., PACIFIC BELL TELEPHONE COMPANY, AT&T CORP., and DOES 2 THROUGH 10,<br><br>    Defendants. | Case No. 1:16-cv-00792-LJO-MJS<br><br>**STIPULATION OF DISMISSAL AS TO AT&T INC. AND AT&T CORP. AND ORDER**<br><br>Judge:  Hon. Lawrence J. O'Neill |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants

STIPULATION OF DISMISSAL AS TO AT&T INC. AND AT&T CORP. AND ORDER, Case
No. 1:16-cv-00792-LJO-MJS                                                                                                               - 1 -

AT&T Inc., AT&T Corp., and Pacific Bell Telephone Company hereby stipulate to the dismissal without prejudice of all claims against AT&T Inc. and AT&T Corp., with Plaintiff, AT&T Inc., and AT&T Corp. each bearing his or its own attorney's fees and costs as to each other, and without effect on the claims against Defendant Pacific Bell Telephone Company. Pacific Bell Telephone Company further stipulates that for purposes of Plaintiff's Fair Credit Reporting Act claim, it was the entity that procured or caused to be procured the consumer report about Plaintiff.

The parties further stipulate that the caption for this matter should be amended to read as follows:

| | |
|---|---|
| DAVE MEZA, on behalf of himself and all others similarly situated, | Case No. 1:16-cv-00792-LJO-MJS |
| Plaintiff, | |
| v. | Judge: Hon. Lawrence J. O'Neill |
| PACIFIC BELL TELEPHONE COMPANY and DOES 1 THROUGH 10, | |
| Defendants. | |

DATED: July 7, 2016                Respectfully submitted,

THE DION-KINDEM LAW FIRM

By: */s/ Peter R. Dion-Kindem* (as authorized on July 7, 2016)
PETER R. DION-KINDEM

Attorney for Plaintiff
DAVE MEZA

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Holly Gaudreau*
HOLLY GAUDREAU

Attorneys for Defendants
AT&T, INC. and PACIFIC BELL TELEPHONE COMPANY

**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated:   **July 11, 2016**            /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE